# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUCIA MARLENE MENDEZ,<br><br>Defendant. | Case No. CR 19-76-GF-BMM<br><br>**ORDER** |

Defendant Lucia Marlene Mendez, having filed a Motion to Appear via Video for Sentencing Hearing, there being no objection from the Government;

IT IS HEREBY ORDERED the Defendant, Lucia Marlene Mendez may appear via video for the Sentencing Hearing, currently scheduled for May 7, 2020, at 11:00 a.m., via Zoom.

DATED this 28th day of April, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1